June 7, 1954

**No. 58185.**—Suit 4751.—United States v. M. & D. Miller, Inc. 

 C. D. 1410 affirmed March 23, 1954. C. A. D. 556.